DANIEL J. ALBREGTS, ESQ.
Nevada Bar No. 004435
DANIEL J. ALBREGTS, LTD.
601 S. Tenth Street, Suite 202
Las Vegas, Nevada  89101
Tel:  (702) 474-4004
Fax:  (702) 474-0739
Email: albregts@hotmail.com

Attorney for Defendant LEON BENZER

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>LEON BENZER,<br><br>  Defendant | Case No.: 2:13-CR-0174-JAD-CWH<br><br>**STIPULATION TO CONTINUE TRIAL DATE**<br>**(Third Request)** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between Mythili Ramen, Assistant Attorney General, and Thomas B.W. Hall, Esq., Trial Attorney, counsel for the United States of America, and Daniel J. Albregts, Esq., counsel for defendant LEON BENZER, that the calendar call in the above-captioned matter currently scheduled for January 22, 2014 at the hour of 9:30 a.m. and the trial date currently scheduled for January 28, 2014 at the hour of 9:00 a.m., be vacated and continued to a date certain in March 2014 that is convenient to this Honorable Court pending the Court's decision on the defendant's anticipated motion to continue.

This Stipulation is entered into for the following reasons:

1. Defense counsel has been experiencing some personal family issues which have required counsel's attention to the detriment of preparing this case.  Counsel would therefore be unprepared to proceed to trial on the currently scheduled trial date. For this reason the Government does not oppose a continuance of this trial to a date certain in March 2014 and the

[**Summary of pleading**] - 1

parties jointly request a continuance of this trial to a date certain in March 2014, pending the Court's decision on the defendant's anticipated motion to continue.

2. For reasons apart from the personal issues outlined above, the defense will request a lengthy continuance as referenced above. The parties disagree on when this case should proceed to trial.  The government opposes any continuance beyond March 2014 and wants to proceed to trial in March, 2014.  The defense opposes this and will move this court for a further lengthy continuance as referenced above.  The parties will leave it to the Court to decide when the trial will actually commence after the matter is fully briefed and argued.

3. The defendant is not in custody and does not object to this request.

4. Denial of this request for a continuance would deny the defendant herein sufficient time and opportunity to effectively and thoroughly prepare for trial in this case, taking into consideration the exercise of due diligence.  Denial of this request would result in a miscarriage of justice.

5. This is the third request for a continuance of the trial.

6. This request for a continuance is made in good faith and is not intended to delay the proceedings in this matter.

7. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), when considering the factors under Title 18, United States Code, Section 3161(h)(7)(B).

DATED this 15th day of January, 2014.

| | |
|---|---|
| JEFFREY KNOX<br>Chief, U.S. Department of Justice<br>Fraud Section, Criminal Division | DANIEL J. ALBREGTS, LTD. |
| /s/ Thomas B.W. Hall<br>THOMAS B.W. HALL<br>Trial Attorney, U.S. Dept. of Justice<br>Criminal Division, Fraud Section | /s/ Daniel J. Albregts<br>DANIEL J. ALBREGTS, ESQ.<br>Counsel for Defendant BENZER |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:13-CR-0174-JAD-CWH |
| Plaintiff, | ) |
| vs. | ) **FINDINGS OF FACT,** |
| LEON BENZER, | ) **CONCLUSIONS OF LAW** |
| Defendant | ) **AND ORDER** |

FINDINGS OF FACT

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

1. Defense counsel has been experiencing some personal family issues which have required counsel's attention to the detriment of preparing this case. Counsel would therefore be unprepared to proceed to trial on the currently scheduled trial date. The Government does not oppose a continuance for this purpose and consents to a continuance to a date certain in March 2014, pending the Court's decision on the defendant's anticipated motion to continue.

2. . For reasons apart from the personal issues outlined above, the defense will request a lengthy continuance as referenced above. The parties disagree on when this case should proceed to trial. The government opposes any continuance beyond March 2014 and wants to proceed to trial in March, 2014. The defense opposes this and will move this court for a further lengthy continuance as referenced above. The parties will leave it to the Court to decide when the trial will actually commence after the matter is fully briefed and argued. The parties will leave it to the Court to decide when the trial will actually commence after the matter is fully briefed and argued.

3. The defendant is not in custody and does not object to this request.

[**Summary of pleading**] - 3

4. Denial of this request for a continuance would deny the defendant herein sufficient time and opportunity to effectively and thoroughly prepare for trial in this case, taking into consideration the exercise of due diligence. Denial of this request would result in a miscarriage of justice.

5. This is the third request for a continuance of the trial.

6. This request for a continuance is made in good faith and is not intended to delay the proceedings in this matter.

## CONCLUSIONS OF LAW

1. Denial of this request for continuance would deny the defendant herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial in this case, taking into account the exercise of due diligence.

2. Additionally, denial of this request for continuance would result in a miscarriage of justice.

3. For all the above-stated reasons, the ends of justice would best be served by a continuance of the trial date.

4. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), when considering the factors under Title 18, United States Code, Section 3161(h)(7)(B).

## **ORDER**

**IT IS THEREFORE ORDERED** that the January 28, 2014 stacked trial setting be vacated and the same is continued and reset for Tuesday, March 18, 2014, at 9:00 a.m.

**IT IS FURTHER ORDERED** that the calendar call currently scheduled for Wednesday, January 22, 2014 is vacated and continued and reset for Wednesday, March 12, 2014, at 9:30 a.m. ., and counsel and the defendants are advised that they must be present at the calendar call.

[**Summary of pleading**] - 4

**IT IS FURTHER ORDERED** that the trial briefs, proposed voir dire questions, proposed jury instructions, and a list of the government's prospective witnesses shall be submitted to the Court by March 12, 2014.

DATED this 21st day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE